

All Years   Honda   All Model   Preferences

1 - 1 of 1  |  Page(s) 1  of 1



**REAR VIEW CAMERA | HEATED SEATS**

**2019  Honda  Civic Sport**

STOCK #:   AX46127A          Mileage:   47,122
Exterior :   ● Aegean Blue Metallic     Drivetrain: Front Wheel Drive
Interior :   ● Black

$19,495



# [EXHIBIT A]