**UNITED STATES DISTICT COURT FOR THE EASTERN DISTRICT OF NEW YORK**

Index Number: 23-CV-7903-PKC-ARL
Date Filed: 10/24/2023

ATTORNEY(S) KIM LAW FIRM LLC
411 HACKENSACK AVENUE HACKENSACK, NJ 07601 | PH: (201) 273-7117

ANDREI PADASHEUSKI

Plaintiff

vs

AUTO EXPO ENT INC.; ABC CORPORATIONS 1 TO 10; AND JOHN DOES 1 TO 10

Defendant

STATE OF NEW YORK, COUNTY OF NASSAU, SS.:

## AFFIDAVIT OF SERVICE

John Savage, being sworn deposes and states that, the Deponent is not a party herein, is over the age of 18 years and resides in the State of New York.

That on **11/21/2023**, at **10:04 AM** at **46 NORTHERN BOULEVARD, GREAT NECK, NY 11021**, Deponent served the within Civil Action Summons, Complaint, Jury Demand and Designation of Trial Counsel, with the index number and the filing date of the action were endorsed upon the face of the papers so served herein. On: **AUTO EXPO ENT INC.**, Defendant therein named, ( hereinafter referred to as "subject").

By delivering to and leaving with **ANDRE KASTRATI** said individual to be Manager who specifically stated he/she was **authorized to accept** service on behalf of the Corporation/Government Agency/Entity/Partnership. A description of ANDRE KASTRATI is as follows:

**Sex:** Male    **Color of skin:** White    **Color of hair:** Brown/Gray    **Age:** 35-50
**Height:** 5ft9in-6ft0in    **Weight:** 161-200 Lbs.    **Other:**

Sworn to before me on November 21, 2023

Denise Bedell
Notary Public - State of New York
No. 01BE6091831; Qualified in Nassau County
My Commission Expires May 5, 2027

Client's File No.: 23-072

Process Server/Please Sign
John Savage
Lic#
Job #: 2364034

*INTER COUNTY JUDICIAL SERVICES, LLC, 6851 JERICHO TURNPIKE, SUITE 180, SYOSSET, NY 11791 LICENSE # 1371771*