UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
Long Island Federal Courthouse
814 Federal Plaza
Central Islip, NY 11722-4451
(631) 712-5730

**BEFORE:** **ARLENE R. LINDSAY**  **DATE: 5/21/024**
United States Magistrate Judge
**TIME: 12:00 PM**

**DOCKET NO: 23-cv-7903 (RER)(ARL)**

**CASE: Padasheuski v. Auto Expo Ent. Inc. et al**

 X   INITIAL CONFERENCE
 ___ STATUS CONFERENCE
 X   SCHEDULING CONFERENCE          BY TELEPHONE X
 X   SETTLEMENT CONFERENCE
 ___ FINAL CONFERENCE
 ___ MOTION HEARING

APPEARANCES:      FOR PLAINTIFF:      FOR DEFENDANTS:
                  Yongmoon Kim         Kyle Monaghan

**The following rulings were made:**

   The matter is referred to mediation which shall be completed by July 22, 2024. The parties' Rule 26(f) meeting plan as amended is approved.  A schedule will be entered under a separate order.

SO ORDERED:

_____/s/_____