UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
ANDREI PADASHEUSKI,

                        Plaintiff,

                                                     **SCHEDULING ORDER**

        -against-                                        CV 23-7903 (RER) (ARL)

AUTO EXPO ENT. INC.; ABC CORPORATIONS
1 to 10; JOHN DOES 1 to 10,

                        Defendants.
-------------------------------------------------------------------X

**LINDSAY, Magistrate Judge:**

The following pretrial schedule is adopted:

**August 30, 2024** : Deadline for filing motion for joinder of additional parties or amendment of pleadings.

**December 20, 2024:** All discovery, inclusive of expert discovery, to be concluded.

**January 31, 2025** : Any party planning on making a dispositive motion must take the first step in the motion process by this date or risk forfeiting the right to make such a motion. Parties are directed to consult the district judge's individual rules regarding such motion practice.

**February 25, 2025** : Final conference before the undersigned at **11:00 a.m.** Meaningful settlement discussions will occur at the conference. Clients or other persons with full settlement authority must be available by telephone. Parties are to electronically file a joint proposed pretrial order in compliance with the district judge's individual rules, signed by counsel for each party, on or before **February 21, 2025.**

      This scheduling order will be modified by the Court only upon a timely showing of good cause. Any request for modification of this scheduling order must be in writing, and submitted in accordance with the undersigned's Individual Rule 1 (D) which requires that applications be made at least forty-eight hours before the scheduled appearance or deadline.

      All parties are advised that they are under a continuing obligation to keep the Court apprised of any changes in their contact information including, but not limited to, their addresses.

Dated: Central Islip, New York                    **SO ORDERED:**
       May 21, 2024
                                                                                 s/
                                                       ARLENE ROSARIO LINDSAY
                                                       United States Magistrate Judge